ELIZABETH BERRAS, Respondent, *v.* DAVID KEANE, Appellant.

*Negligence — landlord and tenant — action by tenant to recover for injuries received through stepping in hole on roof, where she had gone to hang out wash.*

Berras v. *Keane,* 191 App. Div. 947, affirmed.

(Submitted April 28, 1921; decided May 13, 1921.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant. Plaintiff, a tenant in an apartment house in the city of New York, while on the roof, for the purpose of hanging out her wash, stepped into a hole in the roof and, falling, received the injuries complained of. Defendant contended that at most plaintiff was a mere licensee, and went upon the roof at her own risk.

*J. Noble Hayes* for appellant.

*Robert E. Tinsley* and *Nathan Gordon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.